UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TERRY BROWN,

    Plaintiff,

v.                                      Civil Action No. 1:20-cv-00482-AJT-JFA

RP ON-SITE LLC,

    Defendant.

### ORDER

For good cause shown, this Court hereby grants Defendant RP On-Site LLC and Plaintiff Terry Brown's Joint Motion for Extension of Time regarding the deadline to submit a Motion for Preliminary Approval of the class action settlement. The deadline to file such a motion is extended to March 25, 2021.

**IT IS SO ORDERED.**

Dated: February 24, 2021

/s/ Anthony J. Trenga
United States District Judge