**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| TERRY BROWN, *on behalf of himself and all similarly situated individuals,* | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1:20-cv-482-AJT-JFA |
| RP ON-SITE, LLC, | : : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiff Terry Brown, for himself and the Settlement Class Members, by counsel, moves the Court for preliminary approval of the class settlement involving his claims against Defendant RP On-Site, LLC under Fed. R. Civ. P. 23(b)(3). He also moves the Court for certification of the Settlement Class, appointment of Class Counsel and Class Representative, approval of the proposed class notice, and scheduling of a final fairness hearing. The support for this request is set forth in the contemporaneously-filed memorandum of law. RP On-Site does not oppose the filing of this motion.

Respectfully submitted,
**TERRY BROWN**

*/s/ Kristi C. Kelly*
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey S. Nash, Esq., VSB #84261
Kelly Guzzo PLC
3925 Chain Bridge Road
Fairfax, VA 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-9285
E-mail: kkelly@kellyguzzo.com
E-mail: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*