IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TERRY BROWN,<br>*on behalf of himself and all similarly situated individuals*,<br><br>        Plaintiff,<br><br>v.<br><br>RP ON-SITE, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:20-cv-00482 (AJT/JFA)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pending before the Court is Defendant RP On-Site LLC's Motion Objecting to the Magistrate Judge's November 27, 2020 Order [Doc. No. 34] (the "Objection" or "Obj."). It appearing to the Court that the Objection is now moot in light of the Court's June 7, 2021 Order granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement [Doc. No. 67], is it hereby

ORDERED that Defendant's Motion Objecting to the Magistrate Judge's November 27, 2020 Order [Doc. No. 34] be, and the same hereby is, **DENIED** as moot.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 7, 2021