UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**TERRY BROWN,**

    **Plaintiff,**

v.                                                     Civil Action No. 1:20-cv-00482-AJT-JFA

**RP ON-SITE LLC,**

    **Defendant.**

## ORDER

For good cause shown, this Court hereby grants Defendant RP On-Site LLC's Consent Motion for Extension of Time. Accordingly, the Court hereby modifies the following dates in the Court's Order Preliminarily Approving Settlement and Directing Class Notice, ECF 70, as follows:

| Event | Original Date | Revised Date |
|---|---|---|
| Date that the Settlement Administrator shall send the agreed upon Notice to the Date of Birth Settlement Class Members (ECF 70, ¶ 9(a)). | July 14, 2021 | August 13, 2021 |
| Date of Final Approval Hearing (ECF 70, ¶ 8) | October 13, 2021 | November 3, 2021 |

**IT IS SO ORDERED.**

Dated: July 15, 2021

Anthony J. Trenga
United States District Judge

117659284