IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TERRY BROWN, *on behalf of himself and all similarly situated individuals*, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1:20-cv-482-AJT-JFA |
| RP ON-SITE, LLC, | : : | |
| Defendant. | : | |

## PLAINTIFF'S MOTION FOR SERVICE AWARD AND ATTORNEYS' FEES AND COSTS

Plaintiff, Terry Brown, under Federal Rules of Civil Procedure 23(h) and 54(d)(2), moves the Court for his attorney's fees, costs, and a service award under the Class Action Settlement Agreement for the reasons supplied in the accompanying memorandum of law.

Respectfully submitted,
**TERRY BROWN**

By: ___/s/ Kristi C. Kelly___
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
*Counsel for Plaintiff*