# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| TERRY BROWN, *on behalf of himself and all similarly situated individuals,* | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1:20-cv-482-AJT-JFA |
| RP ON-SITE, LLC, | : : : | |
| Defendant. | : | |

## **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT**

Plaintiff, Terry Brown, under Federal Rules of Civil Procedure 23, moves the Court for Final Approval of the Class Action Settlement Agreement for the reasons supplied in the accompanying memorandum of law. A proposed order was previously submitted with the Settlement Agreement. ECF No. 68-1, Ex. B. The Defendant does not oppose the relief sought by this Motion.

Respectfully submitted,
**TERRY BROWN**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
*Counsel for Plaintiff*

1